IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PHILIP M. NELSON,

    Plaintiff,

v.

                                                        Case No. 24-cv-432-jdp

EAU CLAIRE POLICE DEP'T, and
CHIPPEWA FALLS POLICE DEP'T,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice.

| /s/ Deputy Clerk | 12/17/2024 |
|---|---|
| Joel Turner, Clerk of Court | Date |